

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 16, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/16/2020
```

**BY ECF**

The Honorable Katharine H. Parker
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

SO ORDERED:

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
01/16/2020

Re: *United States v. Ana Maria Vasquez*, 19 Cr. 612 (ER)

Dear Judge Parker:

The Government respectfully submits this joint letter regarding the defendant's plea in the above-captioned matter, in response to the Court's order dated January 16, 2020. (Dkt. 19.) The parties have conferred and agree that they do not believe a new plea conference is required under Federal Rule of Criminal Procedure 11(b), in light of the record of the January 14, 2020 plea conference. However, the parties would prefer that the Court advise the defendant of the error in the January 14, 2020 plea conference in person during the conference currently scheduled for January 16, 2020 at 12:30 p.m., in an abundance of caution.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for
the Southern District of New York

By: *Juliana Murray*
Juliana N. Murray
Assistant United States Attorney
(212) 637-2314

cc: Geoffrey St. Andrew Stewart, Esq. (via ECF)