UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>– against –<br><br>ANA MARIA VASQUEZ,<br><br>Defendant. | **ORDER**<br><br>19 Cr. 612-2 (ER) |

Ramos, D.J.:

      The sentencing previously scheduled for Monday, April 22, 2020, is hereby rescheduled as a CourtCall video conference for Monday, April 27, 2020, at noon.

      Members of the public and the press can use the following dial-in information:

Dial-In Number: 855-268-7844

Access Code: 32091812#

PIN: 9921299#

It is SO ORDERED.

Dated:    April 27, 2020
           New York, New York

                                                Edgardo Ramos, U.S.D.J.